UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA

     - against -

                                       22-CR-525 (NRM)

ANTON NAPOLSKY, also known as
"Anton Napolskiy," and VALERIIA
ERMAKOVA,
               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Assistant United States Attorney Antoinette N. Rangel from this point forward will be added as counsel in the above-captioned matter.

     All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Antoinette N. Rangel
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel:  (718) 254-7481 | Email: Antoinette.Rangel@usdoj.gov

     In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Antoinette N. Rangel at the email address set forth above.

Dated:   Brooklyn, New York
        March 9, 2023

                                   Respectfully submitted,

                                   BREON PEACE
                                   United States Attorney

                    By:   /s/ Antoinette N. Rangel
                                   Antoinette N. Rangel
                                   Assistant U.S. Attorney

cc:    Clerk of the Court (NRM) (By ECF)
       Counsel of Record (By ECF)