UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>-against-<br><br>ANTON NAPOLSKY, et. al.<br>    Defendants, | 1:22-cr-00525-NRM-CLP<br><br>**NOTICE OF MOTION<br>TO ADMIT COUNSEL<br>*PRO HAC VICE*** |

-------------------------------------------------------------X

TO:  Opposing Counsel and All Counsel Of Record

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Maria Temkin, Esq. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Temkin & Associates, LLC and a member in good standing of the bars of the States of Pennsylvania and New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant, Valeriia Ermakova. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: April 12, 2023            TEMKIN & ASSOCIATES, LLC

*[signature]*

Maria Temkin, Esq. (*pro hac vice pending*)
1700 Market Street, Suite 1005
Philadelphia, PA 19103
maria@temkinlegal.com
Phone (215) 939-4181