UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　1:22-cr-00525-NRM-CLP
　　　　　　　　Plaintiff,

　-against-

　　　　　　　　　　　　　　　　　　　　　**AFFIDAVIT IN SUPPORT OF**
　　　　　　　　　　　　　　　　　　　　　**MOTION TO ADMIT COUNSEL**
ANTON NAPOLSKY, et. al.　　　　　　　　　***PRO HAC VICE***
　　　　　　　　Defendants,
-----------------------------------------------------------X

I, Maria Temkin, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Temkin & Associates, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the states of Pennsylvania and New Jersey.

4. There are no pending disciplinary proceedings against me in any state of federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Numbers: PA No. 87984; NJ ID No. 014552001.

8. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above- captioned matter for Defendant, Valeriia Ermakova.

Dated: 4/12/23
Philadelphia, PA

　　　　　　　　　　　　　　　　　　　　　Maria Temkin, Esq.
　　　　　　　　　　　　　　　　　　　　　TEMKIN & ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　　　　1700 Market Street, Suite 1005
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　(215) 939-4181
　　　　　　　　　　　　　　　　　　　　　maria@temkinlegal.com

STATE: Pennsylvania
County: Philadelphia

Commonwealth of Pennsylvania - Notary Seal
MARK FOGELMAN, Notary Public
Philadelphia County
My Commission Expires April 13, 2025
Commission Number 1311122

Sworn to and subscribed before me this 11th day of April, 2023.