UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                     1:22-cr-00525-NRM-CLP
                Plaintiff,
   -against-
                                     **NOTICE OF APPEARANCE**

ANTON NAPOLSKY, et. al.
                Defendants,
-------------------------------------------------------------X

PLEASE TAKE NOTICE that having been admitted *pro hac vice* in the above-captioned matter, I, Maria Temkin, Esq. I appear in this case as counsel for Defendant, Valeriia Ermakova.

Please direct all future correspondence and ECF notifications to the undersigned at the address set forth below.

                                                Respectfully submitted,

Dated: July 12, 2023                          TEMKIN & ASSOCIATES, LLC

                                                _____
                                                Maria Temkin, Esq. (*pro hac vice*)
                                                1700 Market Street, Suite 1005
                                                Philadelphia, PA 19103
                                                maria@temkinlegal.com
                                                Phone (215) 939-4181
                                                *Attorney for Defendant Valeriia Ermakova*

CC:   Clerk of the Court (by ECF)
         All Counsel of Record (By ECF)