**EXHIBIT B**

**CERTIFICATE OF ACCURACY**

The undersigned, CLARA ANGELICA PORTO CASKEY, hereby states, to the best of my knowledge and belief, under penalty of perjury under the laws of the United States, that I am fully competent in the Spanish and English languages, and that the attached document is an accurate translation of the original Spanish language document into the English language.

Dated: April 27, 2023

CLARA ANGELICA PORTO CASKEY, Translator

[emblem]
Judicial Power of the Nation

**FP**         **NOTIFICATION CERTIFICATE**
              **23000065218587**
              [barcode]

COURT: FEDERAL COURT OF CORDOBA 1, LOCATED IN AV. CONCEPCION ARENAL Y W. PAUNERO 690 – CORDOBA – PISO 3/4/1/S (ELECT SECTION)

                DATE OF RECEIPT IN NOTIFICATIONS:

Mr.:            SANTIAGO SALVA, DR. MAXIMILIANO HAIRABEDIAN
Address:        20233279650
Type of Address: Electronic
Feature:        No signature
Special Note:   No signature

|           | 37089/2022 |         |              |       | CRIMINAL  | S      | N     | N     |
|-----------|------------|---------|--------------|-------|-----------|--------|-------|-------|
| ORDER No. | FILE No.   | SECTION | JURISDICTION | COURT | SECRETARY | COPIES | STAFF | NOTES |

I notify you of the resolution promulgated in the case proceedings:

REQUESTED: NAPOLSKIY, ANTON AND OTHER s/EXTRADITION

As per copy attached.

YOU ARE DULY NOTIFIED

Cordoba, April 2023.

[emblem]
Judicial Power of the Nation

Signed by: FACUNDO TRONCOSO, SECRETARY

On _____2023, at _____
I represented myself at the address located in _____
_____
and requested the presence of _____
and because he was not there _____
I was assisted  by: _____
_____
D.N.I; L.E; L.C.; No._____
And when no one answered to my calls, I requested the presence of a witness who claims to be:
_____
_____
Immediately afterwards, and why I was there, I delivered the _____
and proceeded to leave at the entrance of the house a copy of this
SIGNED BEFORE ME FOR THE RECORD.-

[emblem]
Judicial Power of the Nation

FEDERAL COURT OF CORDOBA 1 (SRA)

Cordoba,

     Taking into account that in the oral hearing as provided for in art. 30 of law 24767, the defense of the requested parties Ermakova and Napolskiy claimed that in the request for extradition sent by the requesting State (United States of America), one of the formal requirements was missing, as provided for art. 13. Item of the law of International Cooperation in Criminal Matter (24767), to make it valid, i.e. the victims' identification, moreover there was no clear description of the criminal act except for a very general one, it deems necessary to suspend this case and grant to the requesting State a term of thirty (30) days to correct the shortcoming mentioned by the defense and to be more accurate regarding the circumstances of time, mode and place of the criminal acts mentioned in the request of extradition.

     Likewise, with regard to the request for identification of the victims, although the Bilateral Treaty of Extradition between Argentina and the United States (Law 25126), when it lists the formal requirements that must be in the request (art. 8), does not mention the identification of the victims, I understand that when the act allows it, as a way to guarantee the due procedure and the right of the defense in court, corresponding to the identification of the supposed victims, may they be physical or legal persons.

     This is why, as provided for in art. 31 of law 24767, whose purpose is the cooperation between States for the repression of international crime with the principle of reciprocity in this matter, in order to proceed with the decision of a sentence, we request that the requesting State through the corresponding diplomatic channel, corrects the request for extradition while requesting more precision in the description of the actions with circumstances of time, mode and place, as well as it shall

[barcode]
#37174154#364947995#20230414120915708

[emblem]
Judicial Power of the Nation

FEDERAL COURT OF CORDOBA 1 (SRA)

Identify where the actions so allow, the supposed victims (art. 8 law 25126; art. 13 lay 24767; art 18 C.N.). To which end, the Ministry of Foreign Affairs, International Trade and Worship shall be officiated. Be notified.

SERGIO A. PINTO
FEDERAL SURROGATE JUDGE

FACUNDO TRONCOSO
SECRETARY

[barcode]
#37174154#364947995#20230414120915708



Poder Judicial de la Nación



**CÉDULA DE NOTIFICACIÓN**

**23000065218587**



TRIBUNAL: JUZGADO FEDERAL DE CORDOBA 1, SITO EN AV CONCEPCIÓN ARENAL Y W. PAUNERO 690 - CÓRDOBA - PISO 3°/4°/1°/2° (SEC ELECT)

FECHA DE RECEPCIÓN EN NOTIFICACIONES:

| | |
|---|---|
| Sr.: | SANTIAGO SALVÁ, DR. MAXIMILIANO HAIRABEDIAN |
| Domicilio: | 20233279650 |
| Tipo de Domicilio: | Electrónico |
| Carácter: | Sin Asignación |
| Observaciones Especiales: | Sin Asignación |

| N° ORDEN | EXPTE. N° | ZONA | FUERO | JUZGADO | PENAL SECRET. | S COPIAS | N PERSONAL | N OBSERV. |
|---|---|---|---|---|---|---|---|---|
| | 37089/2022 | | | | PENAL | S | N | N |

Notifico a Ud. la resolución dictada en los autos:

REQUERIDO: NAPOLSKIY, ANTON Y OTRO s/EXTRADICION

Según copia que se acompaña.

QUEDA UD DEBIDAMENTE NOTIFICADO

Córdoba,       de abril de 2023.



Poder Judicial de la Nación

Fdo.:  FACUNDO TRONCOSO, SECRETARIO

*En …………………..de…………………….de 2023, siendo horas ………………..*
*Me constituí en el domicilio sito en…………………………………………….  ………………..*
*………………………………………………………………………………….  ……………….*
*Y requerí la presencia de……………………………………………………….  ……………….*
*y no encontrándose …………………………….*
*fui atendido por: ……………………………………………………………………………….*
*…………………………………………………………………………………………………*
*D.N.I; L.E; L.C; Nº…………………………………………………………………………...*
*Ni respondiendo persona alguna a mis llamados, requerí la presencia de un testigo quien  manifiesta ser:*
*………………………………………………………………………….*
*………………………………………………………………………………………………….*
*Acto seguido , e impuesto del motivo de mi presencia , le hice entrega de ……………………*
*procedí a fijar en el acceso de la vivienda una copia de la presente*
*FIRMADO ANTE MI PARA CONSTANCIA.-*

Poder Judicial de la Nación

# JUZGADO FEDERAL DE CORDOBA 1 (SRA)

Córdoba,

Teniendo en cuenta que, en la audiencia oral prevista por el art. 30 de la ley 24.767, la defensa de los requeridos Ermakova y Napolskiy en su alegato manifestó, que a la solicitud de extradición enviada por el Estado requirente (Estados Unidos de Norteamérica), le faltaba uno de los requisitos formales prescriptos en el art. 13 inc. a de la ley de Cooperación Internacional en Materia Penal (24.767) para que sea válido esto es, la identificación de las víctimas, además de que no veía una descripción clara del hecho delictivo sino mas bien genérica, resulta necesario, suspender el presente proceso y otorgar al Estado requirente, un plazo de treinta (30) días para que subsane la falencia mencionada por la defensa y otorgue mayor precisión en cuanto a circunstancias de tiempo, modo y lugar de los hechos delictivos mencionados en la solicitud de extradición.

Así mismo, en lo que respecta al pedido de identificación de las víctimas, si bien el Tratado Bilateral de Extradición entre Argentina y Estados Unidos (Ley 25.126), cuando enumera los requisitos formales que debe contener la solicitud (art. 8), no hace referencia a la identificación de las víctimas, entiendo que cuando el hecho lo permite, como forma de garantizar el debido proceso y el derecho de defensa en juicio, corresponde que se identifiquen las supuestas víctimas, pudiendo tratarse en el caso que nos ocupa de personas física o jurídicas.

Por ello es que, en virtud de la facultad prevista por el art. 31 de la ley 24.767, cuya finalidad es la cooperación entre Estados en la represión del crimen internacional y rigiendo el principio de reciprocidad en esta materia, previo proceder al dictado de una sentencia, solicítese al Estado requirente, por la vía diplomática correspondiente, que subsane la solicitud de extradición en cuanto se requiere una mayor precisión en la descripción de los hechos con circunstancias de tiempo, modo y lugar, como también deberá

Poder Judicial de la Nación

## JUZGADO FEDERAL DE CORDOBA 1 (SRA)

identificar, en aquellos hechos que lo permitan, a las supuestas víctimas (art. 8 ley 25.126; art. 13 ley 24.767; art. 18 C.N.).

A cuyo fin, ofíciese al Ministerio de Relaciones Exteriores, Comercio Internacional y Culto.

Notifíquese.

SERGIO A. PINTO
JUEZ FEDERAL SUBROGANTE

FACUNDO TRONCOSO
SECRETARIO

#37174154#364947005#20230414120915708